**FOR THE EASTERN DISTRICT OF NEW YORK**