UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

JOAN TRUMAN SMITH

V.

BRYCO ARMS, Inc., et al.

CIVIL ACTION NO:
CV 02 3029 (JBW)

Honorable Jack B. Weinstein

### DEFENDANTS' DISCLOSURE OF INTERESTED PARTIES PURSUANT TO LOCAL CIVIL RULE 1.9

Defendants, Bryco Arms, Inc. and B.L. Jennings, Inc., have no publicly held corporate parents, subsidiaries or affiliates.

Dated: New York, New York
August 20, 2002

_____
Robert E. Scott, Jr. (RES9592)
Brittany L. Roberts (BLR4744)
Semmes, Bowen & Semmes
250 W. Pratt Street
Baltimore, MD 21201
(410) 539-5040

and

Brian Heermance (BPH6805)
Morrison, Mahoney & Miller, LLP
100 Maiden Lane - 22nd Floor
New York, NY 10038

Attorneys for Defendants, Bryco Arms, Inc. and B.L. Jennings, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of August, 2002, a copy of the foregoing Defendants was electronically served on Elisa Barnes, 111 Broadway, 4th Floor, New York City, New York 10006, Attorney for Plaintiff and mailed first class, postage prepaid to David Gross, Esq., Budd, Larner, Gross, Rosenbaum, Greenberg & Sade, 150 John F. Kennedy Parkway, CN 1000, Short Hills, New Jersey 07078 and Jeffrey M. Malsch, Esq., Renzulli, Piscotti & Renzulli, LLP, 300 East 42nd Street, New York, New York 10017.

*Robert E. Scott Jr.*
Robert E. Scott, Jr. (RES9592)

(B0283615.WPD;1)