UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

JOAN TRUMAN SMITH

    Plaintiff

V.

BRYCO ARMS, Inc., et al.

    Defendants

CIVIL ACTION NO:
CV 02 3029 (JBW)

Honorable Jack B. Weinstein

## LINE TO STRIKE APPEARANCE OF COUNSEL

Please strike the appearance of Brittany L. Roberts on behalf of B.L. Jennings, Inc. and Bryco Arms, Inc. Please note that Robert E. Scott, Jr. and Semmes, Bowen & Semmes will remain as counsel on behalf of B.L. Jennings, Inc. and Bryco Arms, Inc. in the above-captioned matter.

        /s/
Brittany L. Roberts
Robert E. Scott, Jr. (RES 9592)
Semmes, Bowen & Semmes
250 W. Pratt Street
Baltimore, MD 21201
(410) 539-5040

and

Brian Heermance (BPH 6805)
Morrison, Mahoney & Miller, LLP
100 Maiden Lane - 22nd Floor
New York, NY 10038

Attorneys for Jennings Defendants

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 16th day of May, 2003, a copy of Defendants' Line to Strike the Appearance of Brittany L. Roberts on behalf of B.L. Jennings, Inc. and Bryco Arms, Inc. was served electronically and mailed, first-class, postage prepaid, to:

Monica Connell, Esquire
111 Broadway, 4th Floor
New York City, New York 10006
Attorney for Plaintiff

Jeffrey M. Malsch, Esquire
Renzulli, Pisciotti & Renzulli, LLP
300 East 42nd Street
New York, New York 10017
Attorneys for Defendant Atlantic Gun Tackle Distributing Co., Inc.

Paul L. Kassirer, Esquire
Lester Schwab, Katz & Dwyer, LLP
120 Broadway
New York, New York 10271
Attorneys for Defendant Acusport Corporation

              /s/
              Brittany L. Roberts

(B0340570.WPD;1)