# RENZULLI, PISCIOTTI & RENZULLI, LLP
## 300 EAST 42ND STREET
## NEW YORK NY 10017-5947

JOHN F. RENZULLI†
ANTHONY M. PISCIOTTI*‡
CHRISTOPHER RENZULLI‡
LEONARD S. ROSENBAUM
DOUGLAS J. BOHN*
CHRISTOPHER J. SOVAK
JEFFREY M. MALSCH
SCOTT C. ALLAN‡
JEREMY B. BECKER*
JEFFREY T. TOTTY

TEL (212) 599-5533
FAX (212) 599-6385

NEW JERSEY OFFICE:

30 COLUMBIA TURNPIKE
FLORHAM PARK, NJ 07932
TEL (973) 377-7676
FAX (973) 377-7799

*ALSO ADMITTED IN NJ
‡ALSO ADMITTED IN CT
†ALSO ADMITTED IN PA

August 20, 2004

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ AUG 27 2004 ★

BROOKLYN OFFICE

**VIA FACSIMILE ONLY**

Honorable Judge Jack Weinstein
United States District Court
Eastern District New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Smith v. Bryco Arms et al.
     EDNY Docket No. : 02 CV 3029 (JBW) (CLP)

     Jaquione Johnson v. Bryco Arms, et al.
     EDNY Docket No. : 03 CV 2582 (JBW) (CLP)

Dear Judge Weinstein:

As Your Honor is aware, this firm represents Defendant Atlantic Gun & Tackle Distributing Co., Inc. in the referenced cases. Pursuant to a scheduling conference held on March 3, 2004, the Court consolidated these cases for purposes of discovery and a liability trial, and set a trial date of September 20, 2004. We write on behalf of both defendants seeking the Court's intentions with respect to this trial date, and if not yet considered, we request an adjournment of this trial.

As this Court is familiar, the plaintiffs in these cases, as well as the City of New York in an unrelated case, served a subpoena duces tecum on the United States Bureau of Alcohol, Tobacco, Firearms and Explosives ("BATF"). BATF subsequently moved to quash these subpoenas, and both Magistrate Judge Pollak and Your Honor denied its motion. BATF moved by way of a Petition for Writ of Mandamus to appeal this Court's Order to the Second Circuit and filed an emergency motion for a stay. The Second Circuit granted the BATF's motion for a stay, and the Petition for Writ of Mandamus is scheduled to be submitted on August 24, 2004.

August 20, 2004
Page 2

Due to the pending BATF disclosure issues, the resulting stay that is in effect, and the fact that the parties have not completed significant discovery, we requested Magistrate Judge Pollak to adjourn a discovery status conference that was set for July 23, 2004. Subsequently, Magistrate Judge Pollak adjourned the status conference to September 10, 2004. We anticipate that at the September 10, 2004 conference, the parties may have some inclination as to what the Second Circuit plans to do with BATF's mandamus petition, and therefore, we expect Magistrate Judge Pollak to outline what discovery she deems appropriate in light of the BATF appeal.

In addition to the September 20, 2004 trial date, Your Honor currently has a September 1, 2004, Pre-Trial Conference set for these cases. In light of the BATF's appeal to the Second Circuit, we respectfully request that the Court inform all parties as to whether the Court intends to adjourn both of these dates, and if so, what new dates, if any, the Court sets.

Thank you for your consideration of this matter.

Respectfully submitted,

RENZULLI, PISCIOTTI & RENZULLI, LLP

Jeffrey Malsch
JM 3694

cc: Magistrate Judge Pollak
Elisa Barnes, Esq.
Kenneth Marder, Esq.
Paul Kassirer, Esq.

# FAX TRANSMISSION

RENZULLI, PISCIOTTI & RENZULLI, LLP
300 East 42nd Street
New York, New York 10017
(212) 599-5533
Facsimile: (212) 599-6385

| | |
|---|---|
| **Date:** | August 20, 2004 |
| **From:** | Jeffrey Malsch |
| **Re:** | Smith v. Bryco Arms et al. |
| | EDNY Docket No.:   02 CV 3028 (JBW) (CLP) |
| | |
| | Jaquione Johnson v. Bryco Arms, et al. |
| | EDNY Docket No.:   03 CV 2582 (JBW) (CLP) |
| **Pages:** | 3 |
| **To:** | |

**Name(s):**                               **Fax Numbers:**

| | |
|---|---|
| Judge Jack Weinstein | (718) 260-2527 |
| Elisa Barnes | (212) 693-2334 |
| Kenneth Marder | (212) 967-2105 |
| Paul Kassirer | (212) 267-5916 |
| Magistrate Judge Cheryl Pollak | (718) 260-2358 |

**COMMENTS:**

This message is intended only for the use of the individual or entity to which it is addressed
and may contain information that is privileged, confidential and exempt from disclosure under
applicable law.  If the reader of this message is not the intended recipient or the employee
or agent responsible for delivering the message to the intended recipient, you are hereby
notified that any dissemination, distribution or copying of this communication is strictly
prohibited.  If you have received this communication in error, please notify us immediately
by telephone, and return the original message to us via postal service.  Thank you.