# EXHIBIT A

LSK&D #: 294-2100 / 703448
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
JOAN TRUMAN SMITH, As Administratrix of       Action No. 2
the Estate of Anita Smith, Deceased,          Index No. CV-02-3029

                                    Plaintiff,   **SUPPLEMENTAL ORDER**

         -against-

BRYCO ARMS, et al.,

                                  Defendants.
-----------------------------------------------------------------x

      Defendant AcuSport Corporation moved for an Order expressly directing the entry of final judgment on the Order of this Court (dated July 1, 2005), upon an express determination that there is no just reason for delay. Following oral argument of the motion, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, it is hereby

      Determined that there is no just reason for delay in the entry of final judgment on the Order of this Court (dated July 1, 2005), dismissing the plaintiff's causes of action for negligence and public nuisance as against AcuSport Corporation. It is

      **ORDERED** that final judgment be entered dismissing the plaintiff's Complaint as against AcuSport Corporation.

      Dated:

                                                                                   _____
                                                                                           U.S.D.J.